# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | |
| PLASTECH ENGINEERED PRODUCTS, INC., et al., | Chapter 11<br>Case No. 08-42417-PJS<br>Jointly Administered<br>Hon. Phillip J. Shefferly |
| Debtors. / | |
| CARROLL SERVICES, LLC, solely in its capacity as Liquidating Trustee, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 10-04294-pjs |
| OMEGA TOOL, | |
| Defendant. / | |

## DEFENDANT'S MOTION TO COMPEL

Defendant Omega Tool Corp. moves to compel full and complete responses to certain discovery requests and the production of certain documents pursuant to F.R.C.P. 37 in accordance with the Order attached to this Motion as Exhibit A, for the reasons more fully set forth in the accompanying Brief.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court enter an Order in the form attached as Exhibit A.

SCHAFER AND WEINER, PLLC

/s/Ryan D. Heilman
Joseph K. Grekin (P52165)
Ryan D. Heilman (P63952)
Counsel for Defendant
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Dated: August 12, 2011        (248) 540-3340
rheilman@schaferandweiner.com

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:

PLASTECH ENGINEERED
PRODUCTS, INC., et al.,

    Debtors.
_____/

Chapter 11
Case No. 08-42417-PJS
Jointly Administered
Hon. Phillip J. Shefferly

CARROLL SERVICES, LLC, solely in its
capacity as Liquidating Trustee,

    Plaintiff,

v.                                                                                          Adv. Proc. No. 10-04294-pjs

OMEGA TOOL,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

This matter came before the Court on Defendant's Motion to Compel (the "<u>Motion</u>"), and the Court having reviewed the Motion and supporting brief, as well as any timely objection to the Motion, now, therefore, it is ordered that:

1. The Motion is granted;

2. The Plaintiff's objections to the Discovery Requests (as defined in the Brief supporting the Motion) are overruled;

3. The Plaintiff must produce all documents responsive to the requests for production of documents contained in the Discovery Requests within 5 business days of the date of this Order;

4. The Plaintiff must provide full and complete answers to the interrogatories and requests to admit contained in the Discovery Requests within 5 business days of the date of this Order; and

5. The Plaintiff is barred from presenting any evidence at trial that is responsive to the Discovery Requests, unless the evidence has been produced in accordance with this Order.